UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:12-CR-055 JD |
| | ) | |
| MASTER NIXON | ) | |

ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on May 23, 2012 [DE 9]. Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS defendant Master Nixon's plea of guilty, and FINDS the defendant guilty of Count 1 of the Information, in violation of 18 U.S.C. § 922(g)(3).

SO ORDERED.

ENTERED:   June 27, 2012

/s/ JON E. DEGUILIO
Judge
United States District Court